USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

MEMO ENDORSED

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAIM SARWAR, | : |
| | : Case No.: 7:20-cv-9443 |
| Plaintiff, | : |
| v. | : |
| | : |
| QIAO LIN, | : |
| | : |
| Defendant. | : |
| _____ | : |

## MOTION TO WITHDRAW REQUEST FOR DEFAULT

Plaintiff, by and through his undersigned counsel, hereby moves to withdraw his Request for Default filed earlier today. This was merely a clerical error on behalf of Plaintiff's counsel.

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Tel: 404.276.7277

ATTORNEYS FOR PLAINTIFF

Plaintiff's motion to withdraw his request for default is GRANTED. The Court of the Clerk is kindly directed to terminate the motions at ECF Nos. 7 and 9.

Dated: 12/29/2020
White Plains, NY

SO ORDERED:

*[signature]*
NELSON S. ROMÁN
United States District Judge